Hearing Date: May 15, 2018 at 10:00AM

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHERIE ANN HLADY,<br><br>        Debtor.<br><br>———————————————————<br><br>CHERIE ANN HLADY,<br>        Plaintiff,<br>v.<br><br>KEY BANK, N.A.,<br>AMERICAN EDUCATION SERVICES,<br>CITIBANK, N.A.,<br>CITIBANK STUDENT LOAN COMPANY, and<br>NEW YORK STATE HIGHER EDUCATION<br>SERVICES CORP,<br><br>        Defendants. | Case No. 8-16-74011-las<br><br>Chapter 7<br><br><br><br><br>Adv. No. 8-16-08181 |

**OBJECTION TO NOTICE OF MOTION FILED BY NATALIE JEAN-BAPTISTE, ESQ. TO WITHDRAW AS ATTORNEY FOR PLAINTIFF CHERIE ANN HLADY**

Cherie Ann Hlady hereby affirms as follows:

1. I am the Plaintiff in the aforementioned action and I submit this affirmation in opposition to the motion of Natalie Jean-Baptiste, Esq., Law Office of Natalie Jean-Baptiste, P.C. (the "Firm") to withdraw as Plaintiff's counsel in the above-captioned Adversary Proceeding.

2. The Firm has been retained and representing Plaintiff in this Bankruptcy matter since it was retained August 10, 2016, and in these adversary proceedings since December, 2016.

3. While the Plaintiff's financial situation is dire, Plaintiff's legal services provided by the Firm totaled $10,989.39 and currently maintains a balance due of $3,731.89.

4. Plaintiff's balance also reflects a good faith effort to make payments, including posted payments of $500.00 on 2/27/2018, $50.00 on 3/28/2018, and $450.00 on 4/06/2018.

5. The Firm was aware of Plaintiff's financial situation and that Plaintiff is self-employed at the time Plaintiff retained the Firm with regard to this matter.

6. The Firm is also aware that Plaintiff is currently delayed in her earnings by the recent and unexpected death of two (2) signatories, the first on 02/20/2018 and the second on 03/18/18, to a Westbury, New York four (4) lot property, which is being conveyed as part of an Estate from which Plaintiff shall be compensated in full for Plaintiff's legal services rendered to said Estate.

7. Plaintiff has been unable to compensate in total the Firm for these outstanding invoices at this time due to the legal delays caused by the deaths of these signatories to property, but has continued to contribute towards the balance due and had updated the Firm with this information.

8. Plaintiff, based upon first-hand knowledge and belief, anticipates a clear to close regarding the Westbury property on or about May 21, 2018, which shall then fund Plaintiff's ability to discharge the legal invoices for the Firm.

9. The Court at this time is awaiting the Firm's filing of the **Post Trial Findings of Fact and Conclusions of Law** to conclude this matter, and the Firm should remain with this Adversary Proceeding until the filing of said document.

10. Plaintiff is not admitted to practice in this court, nor has no prior knowledge or experience with the writing or filing of a **Post Trial Findings of Fact and Conclusions of Law.**

11. The Firm's withdrawal at this late stage shall not only cause undue delays and hardship upon Plaintiff, but shall also cause undue delays and burdens upon the Court and Defendants.

For the foregoing reason, the Firm's motion to withdraw as attorney at this time should be denied.

Dated: May 9, 2018
      Hicksville, New York

By: _____
    Cherie Ann Hlady

TO:
Natalie Jean Baptiste
626 RXR Plaza, 6th Floor
Uniondale, NY 11556