# Law Office of Natalie Jean-Baptiste, P.C.

**Natalie Jean-Baptiste**
Attorney at Law

626 RXR Plaza
Uniondale, NY 11556
516.522.2503 tel
516.706.8323 fax
natalie.jeanbaptiste@gmail.com

**Honorable Louis A. Scarcella**
United States Bankruptcy Court, EDNY
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

May 25, 2018

RE:   Cherie Ann Hlady v. American Education Services et al

Adv. Pro. No. 16-08181-las

Dear Judge Scarcella:

This firm represents Plaintiff Cherie Ann Hlady in the above-referenced adversary proceeding seeking discharge of her student loan debt pursuant to 11 U.S.C. §523(a)(8). I respectfully submit this status letter pursuant to the Court's direction.

On April 25th this firm filed a Motion to Withdraw as Attorney for Plaintiff's failure to compensate the firm for legal services rendered. On May 23rd, the firm received payment in full for the outstanding balance along with payment for future services.

The firm hereby withdraws its Motion to Withdraw as Attorney and requests an additional thirty day extension to file the Post Trial Findings of Fact and Conclusions of Law.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Natalie Jean-Baptiste

**Natalie Jean-Baptiste, Esq.**